

# THE JICARILLA APACHE NATION

## JICARILLA BEHAVIORAL HEALTH
P.O. Box 546 • Dulce, New Mexico • 87528-0546
(575) 759-1715 • Fax (575) 759-3757

November 19, 2015

Honorable Judge Johnson

    Hello my name is Avery Tafoya I am currently employed with the Behavior Health here on the Jicarilla Apache Nation. I am the Program manager with the Detoxification department. I have known Mr. Lawrence Roybal since we were children. He is a caring, nice individual, strong character and has been employed off and on though out his adulthood. But as with any other person with Alcohol/addictions dependencies holding employment is a struggle, and as well as dealing with day to day problems.

    When Mr Roybal is not using he can hold a job and he can take care of his personal day to day problems and function in society. And to be honest because I have seen this myself working with the behavior health department here in Dulce the outpatient program is not the strongest in helping individuals and meeting their needs as far as outpatient programs go. So with that said I feel that the outpatient referrals/programs that he would receive would be more beneficial away from the reservation, and would be more beneficial to him to meet his addiction needs, personal needs as a whole to help himself. I am aware of his current legal situation and I hope things work out for him.

Respectfully

*[signature]*

Avery Tafoya-Program manager
Jicarilla Behavior Health
Detox dept.

To: Your Honor                                    11-19-15

I Eric LaPointe have known Lawrence Revak for a long time now, since I been in the state & on the Jicarilla Nation for about 20+ years. As long as I known this man (L.R.) he has always been a good guy in my eyes, I have worked with him before and he is a or was a pretty good cook, we worked together with Jicarilla Nation Casino.

As I known this man he has always talked to me with a good attitude, but this guy (L.R.) never was a disrespectable person in front of my eyes. I mean Everybody in this world has a problem with life, some kinda promblem has to do with alcohol & drugs, sometimes some people can stop on their own and some need help, but I think this man (L.R.) needs some kinda of treatment other than jail time, because I have seen treatment work for some chronic alcoholic's and the only reason I can say this is because I come from an broken home of alcoholics, also I am a recovering Alcoholic myself, but I did this on my own. So I believe a treatment center would help more then jail, because I believe that there is a treatment for everyone in this world that can be useful to someone like him (L.R.).

Lawrence R. is a good man, father, friend, & in law for a long time in my life. But for whom this concerns for this man (L.R.) deserves help by a treatment Center. Thank you for listening to my letter. Plus one more thing I can say I never seen this man being mean or violent in my life.

Thank you,
Eric LaPointe

November 10, 2015

To whom it may concern,

      This letter is to inform you that I have known Lawrence Roybal for at least the past four to five years and have found him to be a good citizen, a great father to my best friend (Kellie) and a good friend to me. Mr. Roybal has always treated me and others known around with kindness and respect. I have never seen him to be in any way rude or mean to anyone. Any time in passing in the community or at family/friend gatherings he has always been nice, helpful, and thoughtful. There is nothing negative I can say about Mr. Roybal. If there should be any questions I can be reached at 575-640-4468.

Sincerely,

Ouida Notsinneh

Your Honor                                                      1-06-2016

My name is Maurice Begaye, Lawrence Roybal's son in law. I have known Lawrence since late 2008 and from the moment I met him it was obvious that he is very industrious, hardworking family man. Within the past 6 years I have come to know about his numerous talents such as woodworking, cooking and growing plants. Lawrence is known for having an exceptional talent for building beautiful furniture and for always having a bright green lawn. One of my favorite dishes that he cooks is his chili beans. I've witnessed the love Lawrence has for his two daughters, Valerie and Kellie, and how thrilled he is when they are in his. One thing I admire about him, is the unconditional love he has for his two brothers, Marvin and Howard Jr., one of whom he cares for. A selfless act of love and generousity, to care for a disabled sibling takes a lot of patience and kindness, which Lawrence does without asking for anything in return. I Respect Lawrence, not only for his generousity but for being a positive, kind and a loving father to my wife Kellie. And for always treating me with Respect everytime I am in his presence.

Thank you!

Your Honorable Judge                                    1-2-2016

My name is Kellie Reval-Begaye, I am Lawrence Roybal's youngest daughter. I'll start by saying that I can understand why many people may view my father as a violent alcoholic and a danger to society because of his previous record. As his daughter, I can testify that who is as a father and a person is far from how he was described. Rather my father is a man with great pride in his heritage with a kind and generous heart. As well as a very respectable person. I have witness first hand how friendly and outspoken my father can be, whether it's to a complete stranger or an old friend. He can always be found engaging in a conversation. Ever since I was younger, I've always admired his carpentry skills. His ability to create a beautiful piece of furniture is something he is known for within the community and among family. I remember the days when I would visit him at the wood shop and being well occupied as I watched my dad operate the power tools. I remember asking if he would build me shelf and although it wasn't a part of his routine, he let me paint it myself. This is the type of father he is, a loving and giving father who wants nothing but happiness for my sister and I. He was

always willing to give up something if it meant we get to eat or have some money for the week. Although he wasn't able to engage in physical activity such as basketball or riding bikes because of his neck injuries I never felt like I was missing out on the traditional father/daughter experiences because he made sure that our time together was memorable. In fact, the things we did together were considered normal to me. I'm actually grateful to him for teaching me certain things as a child that I was able to carry into adulthood. For example changing a tire and what to look for when checking an engine. I may not have enjoyed learning it then but in my opinion was more valuable than riding bikes or tea parties together. Aside from his undeniable love for my sister and I, my father has an unbelievable craft for growing plants. To be able to grow grass and raise plants takes an enormous amount of patience and diligence this is a trait that can't be taught, rather it's imprinted in the soul. Take a walk through my father's home and there sure to be plants blossoming with radiance and health.

    This is but a glance at the man, my father is. I won't make excuses for him, I believe what he did was wrong and he should face the

consequences of his actions. However, I feel a prison sentence won't serve in the best interest of my dad. After all, it was alcohol that lead him to act so recklessly. It is not in the nature for my father to react with violence. In my opinion, I feel my father would benefit more in a treatment where he'll recieve the help he needs for his alcohol addiction. I love my father and I pray that he learns to look beyond his addiction and realize that his actions don't affect him but his family as well.

This is my statement. Thank you for taking the time to read it.

Kelli Revel Bega
P.O Box 913
Dulce NM 87528
505-801-1977