# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 15-2028 WJ | USA vs.: Roybal |
| Date: January 19, 2016 | Name of Deft: Lawrence Roybal |
| Before the Honorable: | William P. Johnson |

| | | | |
|---|---|---|---|
| Time In/Out: | 10:14am – 10:54am | Total Time in Court **(for JS10)**: | 40 minutes |
| Clerk: | R. Garcia | Court Reporter: | M. Loughran |
| AUSA: | Raquel Ruiz-Velez | Defendant's Counsel: | Martin Lopez III |
| Sentencing in: | Albuquerque, NM | Interpreter: | N/A |
| Probation Officer: | C. Chavez | Interpreter Sworn? | Yes / No |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | Verdict | As to: | Information | **X** | Indictment |
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | Accepted | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: 9/3/2015 | PSR: **X** Not Disputed | Disputed | **X** Courts adopts PSR Findings | | | |
| Evidentiary Hrg: **X** Not Needed | Needed | Exceptions to PSR: | | | | |

## SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | 60 months |
| Supervised Release: 3 years | Probation: |

| | | | | |
|---|---|---|---|---|
| REC | **X** | Medical and mental health evaluation (Probation to forward Defendant's medical records to BOP), and 500 Hour Drug Program | BOP Sex Offender Program | Other: |
| ICE | | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for   months   days |
| | Comply with ICE laws and regulation | | Community service for   months   days |
| **X** | Participate in/successfully complete a long term inpatient subst abuse treatment program, or if none available, an outpatient subst abuse treatment program. | | Reside halfway house   months   days |
| **X** | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact direct or indirect contact with victim | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| | Refrain from use and possession of synthetic cannabinoids, etc. | | No loitering within 100 feet of school yards |
| | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | | Participate in an educational or vocational program approved by the Probation Officer |
| **X** | OTHER: 1. Deft must cooperate in the collection of DNA, as directed by statute<br>2. Deft must take his psychotropic medication if prescribed<br>3. Deft must reside at and complete a program at a Residential Reentry Center for a period of (up to) six months | | |

| | | | |
|---|---|---|---|
| Fine: $ 0.00 | | Restitution: $ | Applicable, however no claim for restitution has been made by the victim(s) in this case. Therefore, none will be ordered. |
| SPA: $ 100.00 | | Payment Schedule: | **X** Due Immediately / Waived |
| OTHER: | | | |
| **X** Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement | |

| **X** | Held in Custody | | Voluntary Surrender |
|---|---|---|---|
| **X** | Recommended place(s) of incarceration: | | BOP Medical facility, or in the alternative, FCI Phoenix (Black Canyon), AZ. |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | PSR reviewed w/client; no objections/corrections. Mr. Lopez argues for departure/variance. The Government argues for upward departure/variance. Mr. Lopez replies. Defendant addresses the Court. The Court denies the Government's Motion for Upward Departure. | | |